15 A.3d 67

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ralph SUNY, Petitioner**

Supreme Court of Pennsylvania.

March 2, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of March, 2011, the Petition for Allowance of Appeal and the Applications to Amend the Petition for Allowance of Appeal pursuant to Pa.R.A.P. 2501 are denied.